IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00781-AP

WENDY SPAULDING,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Nicholas D. Purifoy
Midland Professional Associates
5020 Bob Billings Parkway
Lawrence, KS 66049
785.832.8521
785.832.0006 (fax)
Npurifoy@midlandgroup.com

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.       DATES OF FILING OF RELEVANT PLEADINGS**

   **A.       Date Complaint Was Filed:** April 6, 2009

   **B.       Date Complaint was Served on U.S. Attorney's Office**: August 5, 2009

   **C.       Date Answer and Administrative Record Were Filed:** September 30, 2009

**4.       STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.       STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence.

**6.       STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.       OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.       BRIEFING SCHEDULE**

   **A.       Plaintiff's Opening Brief**: November 19, 2009

   **B.       Response Brief due:** December 21, 2009

   **C.       Reply Brief due:** January 5, 2010

**9.       STATEMENTS REGARDING ORAL ARGUMENT**

   **A.       Plaintiff's Statement:** The Plaintiff does not request oral argument.

   **B.       Defendant's Statement:**  The Defendant does not request oral argument.

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.       ( )      All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.** **(X)** **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED:  October 19, 2009

            BY THE COURT:

            *s/John L. Kane*
            U.S. DISTRICT COURT JUDGE

APPROVED:

/s Nicholas D. Purifoy
Nicholas D. Purifoy
Midland Professional Associates
5020 Bob Billings Parkway
Lawrence, KS 66049
785.832.8521
785.832.0006 (fax)
Npurifoy@midlandgroup.com


Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T.Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant

4